FRANKLIN SOTO LEEDS LLP
Joshua D. Franklin (SBN 264536)
jfranklin@fsl.law
Cheryl Dunn Soto (SBN 250892)
csoto@fsl.law
Dylan A. Noceda (SBN 341920)
dnoceda@fsl.law
444 West C Street, Suite 300
San Diego, California 92101
Tel: 619.872.2520

*Attorneys for Defendants Hydroxie LLC,*
*And Timothy R. Shaw*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br>Plaintiff,<br><br>v.<br><br>HYDROXIE LLC, a California Limited Liability Company; TIMOTHY R. SHAW, an individual; ADAM S. ISRAEL, an individual,<br>Defendants. | Case No: 3:26-cv-05265-BJC-DDL<br><br>**DECLARATION OF JOSHUA D. FRANKLIN IN SUPPORT OF JOINT MOTION TO EXTEND TIME FOR DEFENDANTS HYDROXIE LLC AND TIMOTHY R. SHAW TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Benjamin J. Cheeks<br>Mag. Judge: Hon. David D. Leshner |

I, Joshua D. Franklin, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and this Court. I am a partner of Franklin Soto Leeds LLP, counsel of record for Defendants Hydroxie LLC ("Hydroxie") and Timothy R. Shaw ("Shaw") in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them. I submit this declaration in support of the Joint Motion to Extend Time for Defendants Hydroxie

LLC and Timothy R. Shaw to Respond to Complaint, as required by Section III.C of the Court's Civil Chambers Rules.

2. Plaintiff Kinsale Insurance Company ("Kinsale") filed its Complaint in this action on September 11, 2026. (ECF No. 1). The Complaint seeks declarations that Kinsale has no duty to defend or indemnify Hydroxie, Shaw, and Defendant Adam S. Israel ("Israel") (collectively, the "Hydroxie Defendants") under a commercial general liability policy issued by Kinsale (the "Kinsale Policy") in connection with a wrongful death action brought by Kristin Mills (as personal representative of the Estate of James Patrick Mills), against the Hydroxie Defendants and other defendants in the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, Case No. 26CV038244-590 (The "Mills Action").

3. Hydroxie was served with the Summons and Complaint via substituted service, effective September 26, 2026, and Shaw was also served with the Summons and Complaint via substituted service, effective September 28, 2026. *See* Fed. R. Civ. P. 4(e)(1); Cal. Code Civ. Proc. § 415.20(b). Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), their responses to the Complaint are currently due on October 19, 2026.

4. Hydroxie, Shaw, and Israel formally retained my firm, Franklin Soto Leeds LLP, on September 28, 2026. Kinsale's Complaint asserts claims for declaratory relief that turn on the application of multiple endorsements to the Kinsale policy, including Endorsement LSC3057 1224 and its interaction with Endorsement LSC3004 0110, to the allegations of the complaint in the Mills Action. Kinsale is defending Defendants in the Mills Action under a reservation of rights set forth in a letter dated August 28, 2026. My firm is preparing a responsive pleading, which we anticipate will include counterclaims arising out of the same policy and the same underlying action.

5. The additional time requested will allow my firm to complete its review of the Kinsale Policy, Kinsale's reservation of rights, and the pleadings in the Mills Action, and to meet and confer with Kinsale's counsel on matters that may expedite

Israel's response to the Complaint and place the case at issue. I believe these efforts may also narrow the issues that the parties ultimately present to the Court.

6. On October 15, 2026, I met and conferred with Patricia A. Daza-Luu, counsel for Kinsale, by email regarding the requested extension. She advised that Kinsale agrees to extend Hydroxie's and Shaw's deadline to answer or otherwise respond to the Complaint to October 30, 2026.

7. No party has previously requested an extension of any deadline in this action. No scheduling order has been entered, and no other hearing date has been set. And because defendant Israel has not yet been served, the requested extension will not delay the time by which other Defendants have to respond to the Complaint or otherwise impact any other deadline in this action.

8. The requested extension is not sought for purposes of delay, and I am not aware of any prejudice that any party would suffer as a result of it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 19, 2026, at Carlsbad, California.

/s/ *Joshua D. Franklin*
Joshua D. Franklin